

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2014

No. 04-13-00640-CV

**IN RE IBEX STAFFING SOLUTIONS, INC.** and Pronto Insurance

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Catherine Stone, Chief Justice
                 Karen Angelini, Justice
                 Marialyn Barnard, Justice[2]

On January 27, 2014, relators filed an unopposed motion for extension of the abatement previously ordered by this court to allow the trial court to conduct a hearing to reconsider the order challenged in this mandamus proceeding.

Relators' motion is GRANTED and the previously ordered abatement is extended. The newly appointed judge of the County Court at Law No. 10 is ORDERED to reconsider Judge Rios's July 5, 2013 order. *See* TEX. R. APP. P. 7.2(b). Any hearing necessary for such reconsideration must be held no later than March 17, 2014. The trial judge is directed to consider the challenged order and underlying matters and determine whether the challenged order should remain in effect, be modified, or be set aside and render a new order accordingly.

Relators are ORDERED to file in this court either the appropriate motion to dismiss this original proceeding or an amended petition for writ of mandamus and appendix no later than fourteen days following the trial court's ruling on the reconsideration of Judge Rios's July 5, 2013 order.

It is so **ORDERED** on January 29th, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 376802, styled *Andrea Collie v. IBEX Staffing Solutions, Inc. and Pronto Insurance*, pending in the County Court At Law No. 10, Bexar County, Texas, the Honorable Irene Rios presiding.
[2] The panel reflected on this court's order issued January 15, 2014, was inadvertently identified incorrectly. The panel reviewing this original proceeding is as correctly reflected in this order.